**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | |
|---|---|
| **CAPTAIN FLORA ROGERS,**<br><br>    **Plaintiff,**<br><br>**VERSUS**<br><br>**CITY OF BATON ROUGE,**<br>**THROUGH THE BATON ROUGE POLICE**<br>**DEPARTMENT**<br><br>        **Defendant** | **SUIT NO: 3:14 CV-00170** |

## JOINT STATEMENT OF ESTABLISHED FACTS

NOW INTO COURT, comes Plaintiff, Flora Rogers, and Defendant, City of Baton Rouge through the Baton Rouge Police Department, who jointly and respectfully file these proposed Joint Statement of Established Facts, as follows:

**ESTABLISHED FACTS:**

- Flora Rogers is sixty-eight (68) years old.

- Flora Rogers has been employed by the Baton Rouge Police Department as an officer beginning on September 9, 1977, and has remained employed by the Baton Rouge Police Department for thirty-nine (39) years.

- Flora Rogers is currently on paid sick leave based on her health condition.

- Flora Rogers is currently ranked as a Captain with Baton Rouge Police Department

- Flora Rogers was promoted from Officer to Sergeant, and in 2003, she was promoted to Lieutenant. In 2012, Flora Rogers was promoted to Captain.

- Flora Rogers' allegations of disparate treatment began in June of 2011 and end in June of 2012.

- Prior to June 2011, Captain Flora Rogers worked in Court Support as a District Court Liaison for approximately twenty years.

- On June 14, 2011, Plaintiff was reassigned to Uniform Patrol, Second District.

- On September 20, 2011, Plaintiff was transferred to Uniform Patrol, First District.

- Plaintiff was suspended for 15 days in March of 2012.

- The 15 day suspension was reduced to a Written Reprimand in July 2012.

- In January of 2012, Plaintiff filed a Complaint with the City-Parish Human Resources Department, alleging age discrimination and retaliation.

- In July of 2012, the City-Parish Human Resources Department issued a report that found no conclusive evidence that any of the transfers, discipline, or statements were caused by a discriminatory motive.

**Respectfully Submitted by:**

BY:   Peter John
        Peter "Q" John
        Louisiana Bar Roll No. 25725
        10925 Perkins Road, Suite C
        Baton Rouge, Louisiana 70810
        Telephone: (225) 757-8496
        Facsimile:  (225) 757-8498
        *COUNSEL FOR PLAINTIFF,*
        *FLORA ROGERS*


And:

LEA ANNE BATSON
Parish Attorney

/s/ Marston Fowler
Marston Fowler T.A. (29719)
Office of the Parish Attorney
P.O. Box 1471

Baton Rouge, LA   70821
(225) 389-3114 - Telephone
(225) 389-5554 - Facsimile
Mfowler@brgov.com
Counsel for the City/Parish

`