UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CAPTAIN FLORA ROGERS**  **CIVIL ACTION**

**VERSUS**  **NO. 14-170-RLB**

**CITY OF BATON ROUGE THROUGH**  **CONSENT CASE**
**BATON ROUGE POLICE**
**DEPARTMENT**

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

Before the Court is Plaintiff's Motion to Compel (R. Doc. 46), filed on October 14, 2016. Defendant filed an Opposition in response to the Motion on October 30, 2016. (R. Doc. 53).

Plaintiff seeks an order compelling Defendant's complete response to Plaintiff's Request for Production No. 18, served on December 9, 2014. Plaintiff's Request for Production No. 18 asked that Defendant "produce a copy of Plaintiff's complete employee records, including complaints, informal and/or formal write-ups, evaluations, and disciplinary actions, if any." (R. Doc. 46-2 at 10). According to Plaintiff, Defendant responded on February 23, 2015 with an incomplete "copy of Plaintiff's employee file" as it "exclude[ed] medical documentation provided by Plaintiff, [Plaintiff's daughter,] and/or Plaintiff's doctor." (R. Doc. 46 at 1).

However, it was not until September 9, 2016 — over a year and a half later — that Plaintiff specifically requested the medical documentation she claims was missing from her personnel file produced on February 23, 2015. (R. Doc. 46 at 2); (R. Doc. 46-3). Defendant supplemented its response on September 29, 2016 with an updated copy of Plaintiff's personnel

file and Plaintiff's "entire file from Baton Rouge Police Department Health and Safety Division," which contained all of the employment-related medical records in Plaintiff's personnel file. (R. Doc. 46-4); (R. Doc. 53 at 2).  In its Opposition, Defendant makes clear that to "the best of [counsel's knowledge,] all the records that are available to be provided have been provided." (R. Doc. 53 at 2).  According to Plaintiff, Defendant's production nonetheless remains incomplete, as it does not contain "medical documentation provided by [Ms.] Rogers, Ms. Kimberly Rogers, and any of [Ms.] Rogers' doctors." (R. Doc. 46).  Plaintiff now seeks an order compelling this information from Defendant.

The deadline for completing fact discovery and filing any discovery-related motions was April 7, 2015. (R. Doc. 12).[1]  Considering the documents at issue were allegedly provided to Defendant in connection with Plaintiff's employment by either Plaintiff, her daughter or her doctors, Plaintiff was aware of any purportedly missing documentation upon receiving Defendant's initial response on February 23, 2015.  Indeed, Plaintiff does not claim to have learned the file was incomplete only after the close of discovery, or otherwise argue that she just recently learned of the alleged deficiency. (R. Doc. 46 at 1).  Rather, the nature of the documents and her silence on the subject indicate that she believed the file was incomplete, but nonetheless waited more than a year after the close of discovery to seek supplementary responses or otherwise compel the allegedly missing documents.

Given Plaintiff's failure to explain why she waited until the eleventh hour to file the instant Motion, the Court finds Plaintiff has not shown good cause for filing her Motion to Compel well beyond the April 7, 2015 deadline.

---

[1] On March 1, 2016, the Court reopened discovery through April 15, 2016, <u>for the sole purpose of conducting the outstanding depositions scheduled to take place on March 9, 10, 11, 30, 31 and April 1, 2016, with no additional written discovery allowed</u>. (R. Doc. 28).

As a final matter, the Court notes that Plaintiff should be in possession or control of any medical documentation provided to Defendant by either Plaintiff, her daughter or her doctors. If it is Plaintiff's intent to use these documents in support of her case at trial, Plaintiff should have produced the information herself during discovery as part of her initial disclosures. She cannot claim any prejudice in connection with Defendant's alleged failure to produce the medical records at issue. Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion to Compel (R. Doc. 46) is **DENIED**.

Signed in Baton Rouge, Louisiana, on November 2, 2016.

*[Signature]*

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**